

# IN THE
# TENTH COURT OF APPEALS

————————

## No. 10-08-00268-CV

## IN RE TEXAS DEPARTMENT OF FAMILY
## AND PROTECTIVE SERVICES

————————

## No. 10-08-00270-CV

## IN RE JAMES EHLERS

————————

**Original Proceeding**

## MEMORANDUM  OPINION

The Department of Family and Protective Services filed an application with this Court for the issuance of a writ of mandamus against the Respondent, Honorable Greg Wilhelm, Judge of the County Court at Law No. 1 of Ellis County.  James Ehlers, joined by attorney ad litem Gloria Ortiz, also filed a mandamus application against Judge Wilhelm.  In both applications, the parties contend that Respondent abused his discretion by refusing to enter a final judgment memorializing the jury's verdict in a

parental-rights termination case and by issuing an order appointing a transition master and a transition coordinator. Ehlers further contends that Respondent abused his discretion because the transition order effectively denies him access to his daughter.

However, the trial court has since signed a final judgment and a separate order vacating its transition order. Accordingly, we dismiss the mandamus applications as moot. *See In re Jaramillo*, 164 S.W.3d 774, 775 (Tex. App.—Texarkana 2005, orig. proceeding).

FELIPE REYNA
Justice

Before Chief Justice Gray,
      Justice Vance, and
      Justice Reyna
Petitions dismissed
Opinion delivered and filed September 17, 2008
[OT06]